| | |
|---|---|
| CASEY WHITTINGTON | CIVIL ACTION NO: 05-999-A-M3 |
| VERSUS | UNITED STATES DISTRICT COURT |
| TOWN OF CLINTON | MIDDLE DISTRICT OF LOUISIANA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JUDGMENT OF DISMISSAL

Considering the foregoing motion;

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant, the Town of Clinton, be, and it

is hereby, **dismissed** in the above-captioned matter, assigned docket number **05-999-A-M3, with prejudice.**

The Town of Clinton shall bear all costs, and shall further bear the cost of filing this **Motion and Order for**

**Dismissal** in this matter.

Thus done in _Baton Rouge_, Louisiana, this _3rd_ day of _January_, 2007.

_____
MAGISTRATE JUDGE DOCIA L. DALBY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA